UNITED STATES BANKRUPTCY COURT
Northern District of California

In re
**BILLY MAGSINO DOCTOR, JR. AND ESTER TUYOR DOCTOR,**

Debtor(s)

| | |
|---|---|
| Bankruptcy No.: | 09-53980 AW |
| R.S. No.: | RJB-516 |
| Hearing Date: | November 3, 2009 |
| Time: | 10:30 A.M. |

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a Movant, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: **May 22, 2009**  Chapter: **13**
    Prior hearings on this obligation: _____  Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Movant [ ] or lessor [ ]
   Fair market value:     $ _____         Source of value: _____
   Contract Balance:      $ _____         Pre-Petition Default:  $ _____
   Monthly Payment:       $ _____         No. of months: _____
   Insurance Advance:     $ _____         Post-Petition Default: $ _____
                                             No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
    **Single family residence: 199 Checkers Drive, San Jose, CA 95116**

   Fair market value: $ **300,000.00**   Source of value: **Schedule A**   If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):   **FIRST TRUST DEED**

   Approx. Bal.          $ **529,265.55**    Pre-Petition Default:  $ **15,588.72**
   As of (date):         **10/13/09**        No. of months: **8**
   Mo. payment:          $ **1,899.84**      Post-Petition Default: $ **10,299.20**
   Notice of Default (date): **n/a**         No. of months: **5**
   Notice of Trustee's Sale: **n/a**         Advances Senior Liens  $ **n/a**

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | | Amount | Mo. Payment | Defaults |
|---|---|---|---|---|
| 1st Trust Deed: | COUNTRYWIDE HOME LOANS, INC. | $ 555,153.47 | $ 1,899.84 | $ 25,887.92 |
| 2nd Trust Deed: | COUNTRYWIDE | $ 68,000.00 | $ unknown | $ unknown |
| | (Total) | $ 623,153.47 | $ 1,899.84 | $ 25,887.92 |

(D) Other pertinent information:
  • There is **no** equity in the subject real property.
  • Debtors have made **no** post-petition payments to Movant.

Dated: 10/14/09          /s/ Richard J. Bauer, Jr.
                         Signature
                         **Richard J. Bauer, Jr., Esq.**
                         Print or Type Name
         Attorney for    **COUNTRYWIDE HOME LOANS, INC.**