Richard J. Bauer, Jr., Esq.
California Bar No. 147314
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 09-05242

Attorneys for Movant,
COUNTRYWIDE HOME LOANS, INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

BILLY MAGSINO DOCTOR, JR. AND
ESTER TUYOR DOCTOR,

Debtors.

Case No.: 09-53980 AW
Chapter 13
R.S. No. RJB-516

**Hearing –**
Date: November 3, 2009
Time: 10:30 A.M.
Place: U.S. BANKRUPTCY COURT
280 South First Street
San Jose, CA 95113
Courtroom 3020

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO DEBTORS, BILLY MAGSINO DOCTOR, JR. AND ESTER TUYOR DOCTOR, DEBTORS' COUNSEL, JAVED I. ELLAHIE, THE CHAPTER 13 TRUSTEE, DEVIN DERHAM-BURK, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on November 3, 2009 at 10:30 A.M., in the U.S. BANKRUPTCY COURT, 280 South First Street, San Jose, CA 95113, Courtroom 3020, the undersigned will bring on for Preliminary Hearing its Motion for Order Granting Relief from Automatic Stay before the HON. ARTHUR S. WEISSBRODT.

///

1

1    In the event neither the Debtors nor Debtors' Counsel appear at a Hearing on this
2    Motion, the Court may grant Relief from the Automatic Stay permitting Movant to foreclose on
3    the Debtors' property located at **199 Checkers Drive, San Jose, CA  95116**, and obtain
4    possession of such property without further Hearing before this Court pursuant to applicable
5    state law.

6                                          MILES, BAUER, BERGSTROM & WINTERS, LLP

7    Dated:   10/14/09          By:    /s/ Richard J. Bauer, Jr.
                                        Richard J. Bauer, Jr., Esq.
8                                       Attorney for Movant

9    09-05242/rlw